# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Zikar Holdings LLC, Jameel Ahmed, and Faraaz Mohammed,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Michael Ruhland, in his individual capacity, Christopher Lyden, in his individual capacity, and City of Lino Lakes, Minnesota,<br><br>　　　　Defendants. | Case No. 24-cv-3721-JMB-SGE<br><br>**NOTICE OF WITHDRAWAL OF CHRISTOPHER R. JOHNSON** |

PLEASE TAKE NOTICE that Christopher R. Johnson hereby withdraws his appearance on behalf of Plaintiffs under Local Rule 83.7(a). Samuel W. Diehl of CrossCastle PLLC remains as counsel of record for Plaintiffs.

Dated: February 5, 2025　　　　　　　　**CROSSCASTLE PLLC**

　　　　　　　　　　　　　　　　　　　　By:　*s/Christopher R. Johnson*
　　　　　　　　　　　　　　　　　　　　Samuel W. Diehl (#388371)
　　　　　　　　　　　　　　　　　　　　Christopher R. Johnson (#402005)
　　　　　　　　　　　　　　　　　　　　14525 Highway 7, Ste 345
　　　　　　　　　　　　　　　　　　　　Minnetonka, MN 55345
　　　　　　　　　　　　　　　　　　　　P: (612) 429-8100
　　　　　　　　　　　　　　　　　　　　F: (612) 234-4766
　　　　　　　　　　　　　　　　　　　　sam.diehl@crosscastle.com
　　　　　　　　　　　　　　　　　　　　christopher.johnson@crosscastle.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFFS***