EXHIBIT A



10/10/25 8:05-8:06 PM.

7800 Marilyn Dr Lino Lakes

Unidentified individual leaves papers on porch.

RECEIVED
OCT 22 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA





SCANNED
OCT 22 2025
U.S. DISTRICT COURT ST. PAUL