*Exhibit 1 – Declaration of Luke Walter.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED
OCT 22 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Zikar Holdings LLC, et al.,** Plaintiffs,
v.
**City of Lino Lakes, et al.,** Defendants.

Case No. 0:24-cv-03721-JMB-DTS

# DECLARATION OF LUKE WALTER IN SUPPORT OF PRO SE MOTION TO QUASH SUBPOENA

I, **Luke Walter**, declare as follows:

1. I am a resident of Lino Lakes, Minnesota. I am not a party to this case and have no official connection with the City of Lino Lakes or the project known as "Medinah Lakes." I am a private citizen and community activist.

2. On or about October 10, 2025, an individual identifying himself as a process server came to my home and left a stack of papers on my front doormat. I spoke briefly to him through a screened window but did not open the door, confirm my identity, or accept any documents. He then departed.

3. A security-camera recording from that date and time shows the server placing the subpoena on my doormat and leaving without personal delivery. I have retained this video as Exhibit A.

4. The subpoena purports to compel me to produce "all communications, emails, text messages, or social-media postings referring or relating to" the Medinah Lakes City USA project or the Lino Lakes City Council from January 1, 2020 to the present.

5. I have very little information responsive to that request. Compliance would nevertheless require me to search years of personal text messages, private emails, and social-media accounts, many of which involve family, friends, and unrelated community matters.



*Exhibit 1 – Declaration of Luke Walter.*

6. Because I am a non-party, such a broad and intrusive request would impose an undue burden and invade my personal privacy. The same or similar information is available from the City of Lino Lakes or other public sources.

7. For these reasons, I respectfully ask the Court to quash the subpoena or, alternatively, to limit it to narrowly defined and relevant materials, and to recognize that I was never personally served under Rule 45(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22nd, 2025, at St. Paul (Minnesota).

**Luke Walter**
Pro Se Declarant / Non-Party Witness