IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Zikar Holdings LLC, Jameel Ahmed,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Ruhland, in his individual capacity, Christopher Lyden, in his individual capacity, and City of Lino Lakes, Minnesota,<br><br>Defendants. | Case No. 24-cv-3721 (JMB/SGE)<br><br>**DEFENDANT CITY OF LINO LAKES' MOTION FOR PROTECTIVE ORDER** |

Under Federal Rule of Civil Procedure 26(c), Defendant City of Lino Lakes hereby moves for a protective order against the enforcement of the subpoenas (for deposition and production of documents) Plaintiffs have directed to nonparties Jon Hermann, Randall Rennaker, and Luke Walter. Defendant also seeks an award of expenses under Federal Rules of Civil Procedure 26(c)(3) and 37(a)(5).

This motion is based on the memorandum of law (and any declarations and exhibits thereto), any further evidence and argument to be presented, arguments of counsel to be presented at or before the hearing, and all of the files, records and proceedings herein.

Dated: October 24, 2025  **GREENE ESPEL PLLP**

   /s/ *Katherine M. Swenson*
John M. Baker, Reg. No. 0174403
Katherine M. Swenson, Reg. No. 0389280
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jbaker@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

Attorneys for Defendant City of Lino Lakes

2