# EXHIBIT 1

| | |
|---|---|
| **From:** | Sam Diehl <sam.diehl@crosscastle.com> |
| **Sent:** | Friday, October 10, 2025 4:56 PM |
| **To:** | Katherine M. Swenson; John M. Baker; Kelly E. Harris; Jason Kuboushek; Andrew Wolf; Thomson, James J.; Weinberg, Michelle E. |
| **Cc:** | Matthew S. Duffy |
| **Subject:** | Zikar Holdings LLC, et al., v. Ruhland, et al. - Notice of Subpoenas |
| **Attachments:** | Service Letter and Subpoena to L. Walter.pdf; Service Letter and Subpoena to J. Hermann.pdf; Service Letter and Subpoena to R. Rennaker.pdf |
| **Categories:** | Zikar/Lino Lakes, Filed |

Counsel:

Pursuant to Rule 45(a)(4) please find the attached subpoenas that will be served in the above-referenced action.

Sincerely,

Sam Diehl

**Samuel W. Diehl**
**Managing Partner**

**CROSS | CASTLE**

o: 612.429.8100
m: 612.432.6514

2140 4th Avenue North
Anoka, MN 55303
www.crosscastle.com

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.