UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Zikar Holdings LLC, Jameel Ahmed, and Faraaz Mohammed,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael Ruhland, in his individual capacity, Christopher Lyden, in his individual capacity, and City of Lino Lakes, Minnesota,<br><br>    Defendants. | Case No. 24-cv-3721-JMB-SGE<br><br><br>**DECLARATION OF FARAAZ MOHAMMED** |

I, Faraaz Mohammed, declare and state as follows:

1. I am one of the Plaintiffs in this lawsuit and one of the owners of Plaintiff Zikar Holdings LLC ("Zikar"). I provide this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 5 is a true and correct copy of the Purchase and Sale Agreement (the "Purchase Agreement") that I executed on behalf of Zikar on April 5, 2024, to purchase the property described as the "Robinson Property" in our Summary Judgment Memorandum. The Purchase Agreement expired according to its terms on April 11, 2025. Both before and after its expiration, Plaintiff Jameel Ahmed and I, through Zikar, attempted to negotiate an extension of the Purchase Agreement or to negotiate a new Purchase Agreement. However, the Sellers were not willing to extend the Purchase Agreement or to negotiate a new agreement for us to buy the Robinson Property.

3. Zikar had financing available to purchase the Robinson Property pursuant to the Purchase Agreement. However, this financing was contingent on obtaining sufficient

certainty from the City that the City Council would allow us to move forward with developing Madinah Lakes.

4. We could not move forward with purchasing the Robinson Property in 2024 or 2025 because the City Council refused to provide any comments regarding our PUD Concept Plan application at the Council's July 1, 2024, meeting and the City then adopted a development moratorium on July 8, 2024, that prevented us from filing any new or further applications. While the moratorium was discriminatory and unnecessary, we still could have developed Madinah Lakes even with the moratorium's delay. We could have purchased the Robinson Property if the Council had reviewed our PUD Concept Plan on July 1, 2024, and had confirmed—either at that meeting or at another time before our Purchase Agreement expired—that the City would work with us after the end of the moratorium to ensure Madinah Lakes would be approved for development.

5. After the Purchase Agreement expired and we were unable to extend the agreement or obtain a new right to buy the Robinson Property, Ahmed and I have continued to monitor land for sale or may become available for sale in Lino Lakes, Blaine and across central and eastern Anoka County and northern Hennepin County. We have not found another property that is large enough and otherwise suitable for a development similar to our plans in 2024 for Madinah Lakes or even for a scaled back development with space for a housing development and a masjid.

6. I provide this declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2026.

                                                    /s/Faraaz Mohammed
                                                    Faraaz Mohammed